UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
EUGENE E. KONOPKO,            )
     Plaintiff               )
                             )
          v.                 )  C.A. NO. 05-30164-MAP
                             )
WESTFIELD HOUSING AUTHORITY, )
     Defendant               )
```

<u>MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL
PURSUANT TO 28 U.S.C. § 1915(e)</u>
(Docket No. 3)

August 9, 2005

PONSOR, D.J.

On July 8, 2005, Magistrate Judge Kenneth P. Neiman issued his Report and Recommendation, to the effect that this complaint be dismissed. No objection to this Report and Recommendation has been filed by the plaintiff in accordance with Rule 3(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts. Moreover, Magistrate Judge Neiman's recommendation is well supported given the insufficiency of the complaint and the applicable law.

For this reason, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated July 8, 2005, upon <u>de</u> <u>novo</u> review, is hereby ADOPTED. This case is hereby ordered DISMISSED and may now be closed.

It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge
```