# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

EUGENE E. KONOPKO,

  Plaintiff

        v.                CIVIL ACTION NO. 3: 05-30164 -MAP

WESTFIELD HOUSING AUTHORITY.,

  Defendant

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the plaintiff's complaint.

                                      SARAH A. THORNTON,
                                      CLERK OF COURT

Dated: August 9, 2005                 By /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98)
    [jgm.]