August 11/05

Case No. 30164-MAP

Eugene E. Konopko
70 Danek Dr.
Westfield, MA 01085

United States District Court
    Office of the Clerk
United States Courthouse
    1550 Main Str.
Springfield, MA 01103

On trial dated July 8/05 Magistrate Judge Mr. Kenneth P. Neiman said that I should go to the another Housing Court Dept., so I agree and no more appeal and I went to another Court, because the case been dismissed. Moreover I didn't get any summons and I wasn't on trial, so it's a mistake and I can't understand this decision with also I disagree.
Thank You, now I've case in Court another.

Sincerely,
Eugene E. Konopko

Cc: own.